UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**COVENANT MEDICAL CENTER**
**3615 19th Street**
**Lubbock, TX 79410,**

    Plaintiff,

v.                                   **No. 4:26-CV-00077-P**

**ROBERT F. KENNEDY, JR, in his**
**official capacity as Secretary of**
**Health and Human Services,**
**200 Independence Avenue SW**
**Washington, DC 20201,**

    Defendant.

## ORDER

Before the Court is the Joint Motion to Set Briefing Schedule for Summary Judgment (ECF No. 8). Having considered the Motion, relevant docket entries, and applicable law, the Court **GRANTS** the Motion, staying any obligation to answer the Complaint and enters the following schedule:

| Deadline | Description |
|---|---|
| February 6, 2026 | Defendant to File Rulemaking Administrative Record |
| February 9, 2026 | Plaintiff to File Motion for Summary Judgment and Brief in Support of Motion for Summary Judgment |
| March 9, 2026 | Defendant to File (1) Supplemental Administrative Record and (2) Opposition to Plaintiff's Motion |
| March 19, 2026 | Plaintiff's Reply in Support of Summary Judgment |

**SO ORDERED** on this **4th day of February 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE