IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| COVENANT MEDICAL CENTER<br>3615 19th Street<br>Lubbock, TX 79410<br><br>   *Plaintiff,*<br><br>  *v.*<br><br>ROBERT F. KENNEDY, JR, in his official<br>capacity as Secretary of Health and Human<br>Services,<br>200 Independence Avenue SW<br>Washington, DC 20201,<br><br>   *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:26-cv-00077-P |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Covenant Medical Center moves this Court for entry of summary judgment in its

favor on all of Plaintiff's claims, pursuant to Federal Rule of Civil Procedure 56.

Consistent with Local Rule 56.3(b), Plaintiff states that the brief accompanying this motion

addresses each of the required matters described by Local Rule 56.3(a).

1

Dated:  February 9, 2026          Respectfully submitted,

/s/ *Bobby Hill*                          /s/ *Nikesh Jindal*_____
Robert M. Hill                        Nikesh Jindal (admitted *pro hac vice*)
Texas Bar No. 24125624                Mark D. Polston (admitted *pro hac vice*)
KING & SPALDING LLP                   Christopher P. Kenny (admitted *pro hac vice*)
2501 Olive Street, Suite 2300         Alek Pivec (admitted *pro hac vice*)
Dallas, Texas 75201                   Ahsin Azim (admitted *pro hac vice*)
Tel: 214-764-4414                     Alexander Kazam (admitted *pro hac vice*)
Fax: 214-764-4601                     KING & SPALDING LLP
rhill@kslaw.com                       1700 Pennsylvania Avenue NW
                                      Suite 900
                                      Washington, D.C. 20006
                                      (202) 737-0500 (phone)
                                      (202) 626-3737 (fax)
                                      NJindal@kslaw.com
                                      MPolston@kslaw.com
                                      CKenny@kslaw.com
                                      APivec@kslaw.com
                                      AAzim@kslaw.com
                                      AKazam@kslaw.com

                                      *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system on this day, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.


Dated: February 9, 2026                          /s/ *Bobby Hill*
                                                 Bobby Hill

2