UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**COVENANT MEDICAL CENTER**
**3615 19th Street**
**Lubbock, TX 79410,**

    Plaintiff,

v.

                                  **No. 4:26-CV-00077-P**

**ROBERT F. KENNEDY, JR, in his**
**official capacity as Secretary of**
**Health and Human Services,**
**200 Independence Avenue SW**
**Washington, DC 20201,**

    Defendant.

## [PROPOSED] ORDER

Before the Court is Plaintiff's Motion for Summary Judgment (ECF No. 31). Having considered the Motion, relevant docket entries, and applicable law, the Court **GRANTS** the Motion. The Court **DECLARES** 42 C.F.R. § 412.106(b)(4)(iii) to be unlawful. The agency action being unlawful, the Court hereby **VACATES** 42 C.F.R. § 412.106(b)(4)(iii). This case is hereby **DISSMISSED**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

    **SO ORDERED** on this ____ day of _____ 2026.

                              _____

                              **MARK T. PITTMAN**
                              UNITED STATES DISTRICT JUDGE