IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

COVENANT MEDICAL CENTER,

     Plaintiff,

v.

ROBERT F. KENNEDY, JR.,

     Defendant.

Civil Action No. 4:26-cv-00077-P

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant hereby responds to Plaintiff's motion for summary judgment and asks that it be denied.  The matters required by the local civil rules are set forth in the accompanying brief.

     Respectfully submitted,

     RYAN RAYBOULD
     UNITED STATES ATTORNEY

     /s/ Brian W. Stoltz
     Brian W. Stoltz
     Assistant United States Attorney
     Texas Bar No. 24060668
     1100 Commerce Street, Third Floor
     Dallas, Texas 75242-1699
     Telephone:    214-659-8626
     Facsimile:    214-659-8807
     brian.stoltz@usdoj.gov

     Attorneys for Defendant

Certificate of Service

On March 9, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney